■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERALD LASHWAY, Appellant.— Judgment of conviction unanimously reversed, on the law and on the facts, the information dismissed and the defendant discharged from custody. The conviction, following a trial, was for unlawful possession of burglar's instruments and for malicious injury to property (Penal Law, §§ 408, 1425). The conviction rests upon testimony of an officer that the defendant was observed standing alongside the smashed window of a parked automobile, that his hands were dirty and blood smeared, and that he had in his pockets two small slightly flattened balls of tinfoil. Defendant on being questioned by an officer on the scene, denied that he broke the window and said that he got the blood on his hands in a fight. He further said that the tinfoil was "nothing". There was, however, testimony by an officer based on his experience as such and on his experience in prior years as an auto mechanic, that the tinfoil was adaptable for unlawfully "jumping" an ignition switch in order to start a car. The People failed, however, to establish the defendant's guilt of the crimes beyond a reasonable doubt. (See *People* v. *Perez,* 7 A D 2d 633.) Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ BARBARA GOLDSTEIN, Respondent, v. HERMAN SCHWARCZ, Appellant.— Judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ ARNOLD SCHILDHAUS et al., Appellants, v. LEOFREED REALTY CORP. et al., Respondents, et al., Defendants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ ELIZABETH A. WATSON, Respondent, v. GEORGE G. WATSON, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Order, entered on October 30, 1961, unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ VITINA M. VITALE, Appellant, v. ANGELO CRISCIO, Respondent.— Order, entered on May 25, 1961, unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ SAFEGUARD INSURANCE COMPANY, Appellant, v. INGA OLSEN et al., Defendants, and WILLIAM TEINER, an Infant, by ANNE TEINER, His Guardian ad Litem, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ. [25 Misc 2d 743.]

■ In the Matter of the Arbitration between GAYLEY MILL CORPORATION, Respondent, and PRINCETON RAYON CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs to the petitioner-respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM McCANN, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ LONG ISLAND RACING PUBLICATIONS, INC., Appellant, v. CITY OF NEW YORK et al., Respondents.— Order and judgment (one paper) unanimously affirmed, with costs to the respondents. No opinion. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ. [31 Misc 2d 286.]